original

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  HOPKINS,    KEITH        E.
      (Last)      (First)     (Initial)

Prisoner Number  F-38525

Institutional Address  CMF, P.O. Box 2000, Vacaville, CA. 95696

California Medical Facility, Vacaville, CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEITH E. HOPKINS
(Enter the full name of plaintiff in this action.)

vs.

Suzan L. Hubbard

(Wardan of Cal. Med. Facility

Vacaville, CA.)

(Enter the full name of respondent(s) or jailor in this action)

Case No.  CV 07 5624
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

(PR)

E-filing

FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JF

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS       - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition? Current Sentence.

    (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

Napa County Superior Court,    Napa California.

Court                      Location

    (b) Case number, if known __CR-128767__

    (c) Date and terms of sentence __08/24/2006 to 8/25/2010__

    (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes _X_    No ___

Where?

Name of Institution: __California Medical Facility__

Address: __P.O. Box 2000, Vacaville, CA. 95696__

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

    2 Counts of: P.C. §288 (a).

PET. FOR WRIT OF HAB. CORPUS    - 2 -

1  3. Did you have any of the following?
2       Arraignment:              Yes _X_   No ____
3       Preliminary Hearing:      Yes _X_   No ____
4       Motion to Suppress:       Yes _X_   No ____
5  4. How did you plead?
6       Guilty ____   Not Guilty ____   Nolo Contendere _X_
7       Any other plea (specify) ___NO_____
8  5. If you went to trial, what kind of trial did you have?
9       Jury ____   Judge alone ____   Judge alone on a transcript ____
10 6. Did you testify at your trial?   Yes ____   No ____
11 7. Did you have an attorney at the following proceedings:
12      (a) Arraignment              Yes _x_   No ____
13      (b) Preliminary hearing      Yes _x_   No ____
14      (c) Time of plea             Yes _X_   No ____
15      (d) Trial                    Yes ____  No ____
16      (e) Sentencing               Yes _X_   No ____
17      (f) Appeal                   Yes _X_   No ____
18      (g) Other post-conviction proceeding  Yes _X_  No ____
19 8. Did you appeal your conviction?   Yes _X_  No ____
20      (a) If you did, to what court(s) did you appeal?
21          Court of Appeal          Yes _X_   No ____
22          Year: 06/22/2007   Result: __Affirmed_____
23          Supreme Court of California   Yes _X_  No ____
24          Year: 08/29/2007   Result: Petition for review Denied.
25          Any other court          Yes ____  No _X_
26          Year: _____   Result: _____
27
28      (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS         - 3 -

| | | | |
|---|---|---|---|
|1| | petition? | Yes X   No ____ |
|2| (c) | Was there an opinion? | Yes ____   No X |
|3| (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
|4| | | Yes ____   No X |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes X   No ____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: __California Supreme Court__

Type of Proceeding: __Petition for Review__

Grounds raised (Be brief but specific):

a. __Denial of Due Process Rights under the XIV Amend.__

__To U.S. Constitution when Trial Court Failed to__

__Conduct Competency Hearing.__

_____

Result: __Review Denied.__    Date of Result: __08/29/2007__

II. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

|   |   |   |
|---|---|---|
| 1 |   | a._____ |
| 2 |   | b._____ |
| 3 |   | c._____ |
| 4 |   | d._____ |
| 5 |   | Result: _____ Date of Result:_____ |
| 6 | III. | Name of Court: _____ |
| 7 |   | Type of Proceeding: _____ |
| 8 |   | Grounds raised (Be brief but specific): |
| 9 |   | a._____ |
| 10 |   | b._____ |
| 11 |   | c._____ |
| 12 |   | d._____ |
| 13 |   | Result: _____ Date of Result:_____ |
| 14 | IV. | Name of Court: _____ |
| 15 |   | Type of Proceeding: _____ |
| 16 |   | Grounds raised (Be brief but specific): |
| 17 |   | a._____ |
| 18 |   | b._____ |
| 19 |   | c._____ |
| 20 |   | d._____ |
| 21 |   | Result: _____ Date of Result:_____ |

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____   No X _____

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: PETITIONER WAS DENIED DUE PROCESS UNDER THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION WHEN THE TRIAL COURT WAS CONFRONTED WITH SUBSTANTIAL EVIDENCE OF INCOMPETENCE, AND FAILED TO CONDUCT A COMPETENCY HEARING.

Supporting Facts: The trial court read and considered the probation report. (See Court Transcripts, CT 43.) Contained within the probation report was the following: "Mental Health Issues: **Yes**," and "Diagnosis: **Mentally Incompetent**." (CT. 40.) The trial court, though, did not declare a doubt, nor did the court suspend pro-ceedings. The court however, did erroneously sentence petitioner to five years in state prison.

Petitioner has evidence, and can show through Mental Health records that he has a severe Mental Disorder/Disability, as well as, Developmental Disability.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

All grounds have been exhausted in State Courts.

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  _Pate v. Robinson (1966) 383 U.S. 375, 377; Oke v. Oklahoma,_
5  _(1985) 470 U.S. 68, 83; Blazak v. Ricketts (9th Cir. 1993) 1F._
6  _3d 891, 894; Torres v. Prunty (9th Cir. 2000) 223 F.3d 1103,09._
7  Do you have an attorney for this petition?                    Yes_____   No_X__
8  If you do, give the name and address of your attorney:
9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on 10-7-07                          *Keith Hopkins*
14         Date                                    Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

Court of Appeal, First Appellate District, Div. 5 - No. A115150
S154785

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

KEITH EDWARD HOPKINS, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED

AUG 2 9 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice

## DECLARATION

I, Cornelius Moore, Declare:

1. I am an inmate housed at California Medical Facility, State Prison, in Vacaville, CA.

2. I have some workable background concerning Law and Legal matters.

3. As an inmate housed here with Mr. Hopkins since 07/08/07, I have gained considerable knowledge regarding the issues pertaining to Mr. Hopkins case.

4. I have worked on Mr. Hopkins case since August 27, 2007, and I have at his request, and with his authorization prepared this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 et seq.

5. The complex facts and matters contained in this petition are more within my knowledge and understanding than his; Mr. Hopkins is incarcerated in a prison and incapable of drafting and fully understanding the contents of this Petition as a result of his developmental disabilities, and his mental deficits.

//

I declare under the penalty of perjury that the foregoing is true. Signed on: 10/7/07

*Cornelius Moore*
Cornelius Moore