original

FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keith Hopkins, Plaintiff,

vs.

Suzan L. Hubbard (warden), Defendant.

CASE NO. CV 07 5624 JF (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Keith E. Hopkins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____2002 Minimum wage_____
5  _____Block Buster Video_____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or             Yes ____  No  X
10        self employment
11   b.   Income from stocks, bonds,          Yes ____  No  X
12        or royalties?
13   c.   Rent payments?                      Yes ____  No  X
14   d.   Pensions, annuities, or             Yes ____  No  X
15        life insurance payments?
16   e.   Federal or State welfare payments,  Yes ____  No  X
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                    Yes ____  No  X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.    a.    List amount you contribute to your spouse's support: $_____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5        _____N/A_____
6        _____

7   5.   Do you own or are you buying a home?         Yes ____ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                    Yes ____ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No ✗ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ____ No ✗
20  _____

21  8.   What are your monthly expenses?
22  Rent: $ _____N/A_____ Utilities: ___—___
23  Food: $ ___—___ Clothing: ___—___
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____ $ _____ $ _____
27  _____ $ _____ $ _____
28  _____ $ _____ $ _____ 9.   Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do **not** include account numbers.)
3 | owe Restitution To State
4 | Gov, Claims Board $200
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?  Yes ___  No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |   I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |   I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | _10-7-07_                          _Keith Hopkins_
17 | DATE                               SIGNATURE OF APPLICANT

KEITH E. HOPKINS
F-38525

Case Number: _____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __KEITH E. HOPKINS__ for the last six months at California Medical Facility, State Prison, P.O. Box 2000 Vacaville, CA. 95696        [prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 10-11-07            _____m. Soares_____
                            [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 10/11/07
                                                                    PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA MEDICAL FACILITY
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: APR. 11, 2007 THRU OCT. 11, 2007

ACCOUNT NUMBER : F38525                        BED/CELL NUMBER: MIM2000000002070
ACCOUNT NAME   : HOPKINS, KEITH EDWARDS        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

         << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

    BEGINNING        TOTAL           TOTAL         CURRENT        HOLDS        TRANSACTIONS
    BALANCE         DEPOSITS       WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED

      0.00            0.00            0.00          0.00          0.00            0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-11-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
    0.00