KEITH E. HOPKINS
F-38525, Rm. M-207
California Medical Facility
P.O. Box 2000, Vacaville,
CA. 95696-2000

December 5, 2007

Case No. <u>CV 075624 JF</u>

CLERK, U.S. DISTRICT COURT
Northern District of CA.

RE: <u>Extension for Informa Pauperis Application.</u>

Dear U.S. Court Clerk:

I would please like to have an extension in which to file my In-Forma Pauperis application. I am having difficulty in obtaining the required signatures from an authorized officer of this Institution here.

I have sent the required "Certificate of Funds" to the proper authority to have signed and returned to me, and was told it will be forthcoming shortly.

Truly Yours,

*[signature]*

Keith E. Hopkins

KEITH E. HOPKINS, E-38525, Rm. M-207
California Medical Facility
P.O. Box 2000, Vacaville, CA.
95696-2000

CONFIDENTIAL
LEGAL MAIL

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$00.41⁰
DEC 10 2007
MAILED FROM ZIP CODE 95687
02 1M 0004225987

Attn: Clerk
U.S. DISTRICT COURT
Northern District
450 Golden Gate Avenue
San Francisco, CA. 94102