**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH E. HOPKINS, | No. C 07-5624 JF (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION |
| vs. | |
| SUSAN L. HUBBARD, Warden, | |
| Respondents. | (Docket No. 5) |

On November 6, 2007, Petitioner filed the instant pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. On November 14, 2007, the Court sent a notification to Petitioner that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis because he did not submit a certificate of funds from his prisoner account and a trust account statement showing transactions for the preceding six months. The Court notified Petitioner that the instant case would be dismissed if he failed to pay the fee or file the completed application within thirty days.

On December 11, 2007, Petitioner filed a request for an extension of time to submit a completed in forma pauperis application with supporting documentation. The Court concludes that Petitioner has shown good cause for such extension.

Order Granting Petitioner's Request for Extension of Time to File in Forma Pauperis Application
P:\pro-se\sj.rmw\hc.07\Hopkins624extifp          1

1  Petitioner's motion for extension of time (docket no. 5) is GRANTED.  Petitioner shall
2  file his supporting documentation for his in forma pauperis application **within thirty (30)**
3  **days** of the date of this order.
4      In the alternative, Petitioner may pay the $5.00 filing fee **within thirty (30) days**.
5  Petitioner shall include with his payment a clear indication that it is for this case number,
6  C 07-5624 JF (PR).  Failure to submit the completed in forma pauperis application or pay
7  the filing fee within the Court's deadline will result in the Court dismissing the case
8  without prejudice for failure to file a completed in forma pauperis application or pay the
9  filing fee.
10     IT IS SO ORDERED.
11 DATED: 1/4/08
12                               JEREMY FOGEL
                               United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Keith E. Hopkins
   F-38525
   California Medical Facility
4  P.O. Box 2000
   Vacaville, CA  95696

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Request for Extension of Time to File in Forma Pauperis Application
P:\pro-se\sj.rmw\hc.07\Hopkins624extifp              3