1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  CATHERINE A. RIVLIN
   Supervising Deputy Attorney General
5  SARA TURNER, State Bar No. 158096
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5712
    Fax:  (415) 703-1234
8   Email:  Sara.Turner@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KEITH E. HOPKINS,** | C 07-5624 JF (PR) |
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **SUSAN L. HUBBARD, Warden,** | |
| Respondent. | |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a 14-day enlargement of time until April 18, 2008, within which to answer the petition for writ of habeas corpus in this case.  A stipulation has not been sought because petitioner is an incarcerated state prisoner who is representing himself.

///

///

///

1  WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2 to and including April 18, 2008, in which to file the answer.
3    Dated: April 4, 2008
4        Respectfully submitted,
5        EDMUND G. BROWN JR.
         Attorney General of the State of California
6        DANE R. GILLETTE
         Chief Assistant Attorney General
7        GERALD A. ENGLER
         Senior Assistant Attorney General
8
         CATHERINE A. RIVLIN
9        Supervising Deputy Attorney General

11
         /s/ Sara Turner
12       _____
         SARA TURNER
13       Deputy Attorney General
         Attorneys for Respondent

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Hopkins v. Hubbard**

No.:  **C 07-5624 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 4, 2008</u>, I served the attached **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Keith E. Hopkins
No. F-38525
California Medical Facility
P. O. Box 2000
Vacaville, CA  95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 4, 2008, at San Francisco, California.

|  Nelly Guerrero  |  /s/ Nelly Guerrero  |
| :---: | :---: |
| Declarant | Signature |

40237256.wpd