1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | CATHERINE A. RIVLIN
Supervising Deputy Attorney General
5 | SARA TURNER, State Bar No. 158096
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5712
 Fax:  (415) 703-1234
8 |  Email:  Sara.Turner@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KEITH E. HOPKINS,** | C 07-5624 JF (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **SUSAN L. HUBBARD, Warden,** | |
| Respondent. | |

I, Sara Turner, declare under penalty of perjury as follows:

I am the California Deputy Attorney General assigned to handle the above-encaptioned case. This court issued an order to show cause on February 4, 2008 requiring an answer to the petition for writ of habeas corpus be filed and served on petitioner within sixty days of the issuance of the order. Although I have obtained the necessary court documents and drafted an initial answer to the petition for writ of habeas corpus, due to my other commitments, I am unable to file a response by today, April 4, 2008, and will need the additional time requested.

During the past two months, I have filed state court respondent's briefs in *People v. Boyle* (A117860) on February 9, 2008, *People v. Hill* (A117040) on February 22, 2008, *People v. Ross*,

1  A118346 on March 5, 2008, and *People v. Gonzalez* (A118620) on March 23, 2008. I also
2  completed the respondent's brief in *People v. Robinson* (A118314), which is in the process of being
3  reviewed by my supervisor. I am presently working on the answer to the petition for writ of habeas
4  corpus in the instant case.

5      WHEREFORE, for these reasons, respondent requests an additional fourteen days, to and
6  until April 18, 2008, within which to comply with this Court's order to show cause. I have not
7  attempted to contact petitioner, who is representing himself in this proceeding, because he is
8  incarcerated in state prison and cannot be conveniently reached.

9      I declare under penalty of perjury of the laws of the State of California and the United
10  States of America that the foregoing is true and correct. Executed at San Francisco, California on
11  April 4, 2008.

12      Respectfully submitted,

13  EDMUND G. BROWN JR.
    Attorney General of the State of California

14  DANE R. GILLETTE
    Chief Assistant Attorney General

15  GERALD A. ENGLER
16  Senior Assistant Attorney General

17  CATHERINE A. RIVLIN
    Supervising Deputy Attorney General

19  /s/ Sara Turner
20  _____
    SARA TURNER
21  Deputy Attorney General
    Attorneys for Respondent