IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KEITH E. HOPKINS,** | C 07-5624 JF  (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **SUSAN L. HUBBARD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April 18, 2008, to file an answer to the petition for writ of habeas corpus.  Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: _____

_____
JEREMY FOGEL
United States District Judge