EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SARA TURNER
Deputy Attorney General
State Bar No. 158096
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5712
  Fax: (415) 703-1234
  Email: sara.turner@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KEITH E. HOPKINS,** | C 07-5624 JF (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **SUSAN L. HUBBARD, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the Order to Show Cause why the petition for writ of habeas corpus should not be granted.

## I.

## CUSTODY

Petitioner is lawfully in the custody of the Warden of California Medical Facility Vacaville, as a result of a plea of no contest to two counts of committing a lewd or lascivious act upon a child under the age of fourteen. On August 14, 2006, the trial court sentenced petitioner to five years in prison.

///

///

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that petitioner was denied due process under the Fourteenth Amendment of the United States Constitution when the trial did not conduct a competency hearing after receipt of the probation officer's report and prior to sentencing.

## III.

## PROCEDURAL ISSUES

The claim raised in the petition is exhausted. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (2 volumes); (2) Reporter's Transcript (8 volumes); (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) Petition for Review, including Exhibit A, Opinion by California Court of Appeal; (7) California Supreme Court Order denying review.

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///
///
///
///
///
///

## VI.

## CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated:  April 18, 2008

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                DANE R. GILLETTE
                Chief Assistant Attorney General

                GERALD A. ENGLER
                Senior Assistant Attorney General

                PEGGY S. RUFFRA
                Supervising Deputy Attorney General


                /s/    SARA TURNER
                Deputy Attorney General

                Attorneys for Respondent

Answer to Order to Show Cause - *Hopkins v. Hubbard* - C 07-5624 JF (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hopkins v. Hubbard**

No.:   **C 07-5624 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2008</u>, I served the attached **ANSWER TO ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; NOTICE OF LODGED DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Keith E. Hopkins
No. F-38525
California Medical Facility
P. O. Box 2000
Vacaville, CA 95696

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Francisco, California.

|  Nelly Guerrero  |  /s/ Nelly Guerrero  |
|:---:|:---:|
| Declarant | Signature |

40243385.wpd