1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SARA TURNER
   Deputy Attorney General
6  State Bar No. 158096
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5712
8   Fax: (415) 703-1234
    Email: sara.turner@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

**KEITH E. HOPKINS,**                     C 07-5624 JF (PR)

14                           Petitioner,   **NOTICE OF LODGED EXHIBITS**

15         v.

16  **SUSAN L. HUBBARD, Warden,**

17                           Respondent.

18

19

20         Respondent hereby submits the following exhibits and transcripts to be lodged with the

21  court in connection with its consideration of the Answer and Memorandum of Points and Authorities

22  in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action:

23      **EXHIBIT**         **DESCRIPTION**

24         (1)            Clerk's Transcript (1 volume)

25         (2)            Reporter's Transcript (7 volumes)

26         (3)            Appellant's Opening Brief

27         (4)            Respondent's Brief

28         (5)            Appellant's Reply Brief

Notice of Lodged Exhibits - *Hopkins v. Hubbard* - C 07-5624 JF (PR)

1

1     (6)    Petition for Review, including Exhibit A, Opinion by California Court of Appeal

3     (7)    California Supreme Court Order denying review

Dated: April 18, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ SARA TURNER
Deputy Attorney General

Attorneys for Respondent