KEITH E. HOPKINS
No. F-38525
California Medical Facility
P.O. Box 2000, Vacaville,
CA. 95696-2000

Petitioner in Pro-se

April 18, 2008

FILED
2008 APR 29 P 3:32
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH E. HOPKINS,<br><br>                Petitioner,<br><br>   v.<br><br>SUSAN L. HUBBARD, Warden<br>                Respondent. | C 07-5624 JF (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE** |

    For the reasons stated in the accompanying declaration of petitioner, petitioner hereby requests a 15 day enlargement of time until June 2, 2008, within which to file traverse to respondents answer to petition for writ of habeas corpus in this case.

//

//

//

Application for Enlargement of time

-1-

Keith e Hopkins
f-38525 M207
CMF
Vacaville, Ca
95696-2000
P.o.Box 2000

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
$ 00.41⁰
APR 28 2008
MAILED FROM ZIP CODE 95687
0004225987

Attn: Clerk —

Office of The Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095

Confidental Legal Mail