KEITH E. HOPKINS
No. F-38525
California Medical Facility
P.O. Box 2000, Vacaville,
CA. 95696-2000

Petitioner in Pro-se

FILED

2008 APR 29 P 3 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH E. HOPKINS,<br><br>               Petitioner,<br><br>v.<br><br>SUSAN L. HUBBARD, Warden,<br><br>               Respondent. | C 07-5624 JF (PR)<br><br>DECLARATION OF PETITIONER IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME |

I, Keith E. Hopkins, declare under the penalty of perjury as follows:

I, am Petitioner In Pro-Se of the above-encaptioned case. I am an incarcerated prisoner in a California State Prison. I currently have limited resources, and access to the legal material, and limited access to copy machine. I am presently working on the traverse to the respondents answer to the petition for writ of habeas corpus in the instant case and require additional time in which to finish.

Additionally, petitioner did not receive respondents answer to Courts Order to Show Cause until April 24, 2008, "Six days later than respondents time limit set by this Court."

Decl. in supp. of Enl. of time

-2-

WHEREFORE, for these reasons, petitioner requests an additional 15 days, to and until June 2, 2008, within which to traverse the respondents answer to petitioner's petition for writ of habeas corpus.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at California Medical Facility, Vacaville, California on April 24, 2008.

4-24-08

Respectfully submitted,

*Keith E. Hopkins* (signature)

Keith E. Hopkins

Decl. in supp. of Enl. of time

-3-

C 07-5624 JF (PR)