KEITH E. HOPKINS, F-38525
CMF. P.O. Box 2000, Vacaville,
CA. 95696-2000

    "Petitioner in Pro se."

FILED

2008 MAY 21  P 3: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CLERK OF THE U.S. DISTRICT COURT
Northern District of California
280 South First St., Room 2112
San Jose, CA. 95113-3095

RE: TRAVERSE TO RESPONDENTS ANSWER IN CASE NO. **C 07-5624 JF (PR)**
    Keith E. Hopkins (Petitioner) v. Susan L. Hubbard, Warden,
    (Respondent).

To the United States District Court for the Northern District of
California:

    Petitioner Keith E. Hopkins, hereby files his Traverse to the
State Attorney Generals Answer, pursuant to rules governing section
2254 cases under United States Code, Title 28, §2254 (d) (1).

    Petitioner denies the truth of respondents answer, controverts
each matter alleged and affirms the facts set forth in his petition
as follows:

### SUMMARY

    On July 17, 2006, petitioner pleaded no contest to two counts
of committing a lewd or lascivious act upon a child under the age of
14. Cal. Penal Code §288(a). CT 34, 35-37; RT 333-56. On August 14,
2006, the trial court sentenced petitioner to five years in state
prison. CT 175-78.

    On June 22, 2007, the California Court of Appeal affirmed the
judgment. On August 29, 2007, the California Supreme Court denied
review. Ex. 7. On November 6, 2007, petitioner filed the instant
federal habeas corpus petition under 28 U.S.C. §2254, raising the
following issue: The trial court violated his due process rights by
not initiating competency proceedings after being confronted with
substantial evidence of incompetence prior to sentencing. Petition
at 6.

    On February 1, 2008, this Court issued an Order to Show Cause,
directing the respondent to answer pursuant to Rule 5 of the Rules
Governing Section 2254 Cases.

Traverse

ARGUMENT

**PETITIONER WAS DENIED DUE PROCESS UNDER THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION WHEN THE TRIAL COURT WAS CONFRONTED WITH RELIABLE AND SUBSTANTIAL EVIDENCE AND FAILED TO CONDUCT A COMPETENCY HEARING.**

### Legal Standard

Section 1367 codifies the long established precedent that the convictions and sentence of a legally incompetent person violates due process of law. (Pate v. Robinson (1966) 383 U.S. 375, 377; People v. Pennington (1967) 66 Cal. 2d 508, 511.) Failure of the trial court to employ procedures to protect against the trial and sentence of an incompetent person deprives the defendant of his due process right to a fair trial and requires reversal of the conviction. (Pate v. Robinson, supra.)

The cornerstone of Petitioner Hopkins claim is that he suffers from Bipolar Disorder. (See Attached Exhibits,) which is commonly known as manic depressive illness. It is a psychotic disturbance of the mind, characterize by mood changes from extreme euphoria to extreme depression, which my last from a day to weeks or months at at time. When experiencing one of the extreme mood periods, "also known as episodes," Petitioner is out of touch with reality. One such incidence occurred on July 17, 2006, when Petitioner Hopkins pleaded no contest to the two accounts of penal code §288(a)

When substantial evidence of the defendant's incompetence is introduced before the court a competency hearing is mandatory, even absent a request by either party. (People v. Landermilk (1967) 67 Cal. 2d 272, 283; Ppeople v. Koontz (2002) 27 Cal. 4th 1041, 1064.) Evidence is substantial if it raises a reasonable doubt as to the defendant's comptence to stand trial. (People v. Jones (1991) 53 Cal. 3d 1115, 1152, § 1368.
Once a reasonable doubt as to the defendant's comptence is raised, the trial court is required to, "on its own proceedings is supposed to be suspended until the question is determined by a sanity hearing." (People v. Tomas (1977) 74 Cal. App. 3d 75, 88.)) The failure to order such a hearing when faced with substantial evidence of defendant's mental incompetence deprives the court of it's jurisdiction to pronounce judgment and is per se prejudicial. (People v. Pennington, supra, 66 Cal. 2d at p. 521.) "Indeed, once a doubt has arisen as to the competence of the defendant to stand trial, the trial court has no jurisdicttion to proceed with the case against the defendant without first determining his competence in a section 1368 hearing, and the matter cannot be waived by defena or his counsel." (Id., at p.518.)

Traverse

**Reliable Evidence**

A probation report is required following every felony conviction in this state. (§ 1203c.) California Rules of Court Rule 4.411.5 details the contents of the probation report. Both the defense and the prosecution are required by statute to have an opportunity to review and challenge any inaccuracies in the probation report. (§§ 1170, subd. (B); §1203, subd. (b) (2) (E).)

Sentencing courts consider and rely upon hearsay statements contained in a probation report when determining whether to place a defendant on probation, and when evaluating his level of culpability when selecting an appropriate sentence. (§1203, subd. (b) (3); Cal. Rules of Court, Rule 4.411, subd. (d).)

Courts routinely rely upon hearsay statements contained within probation reports to make factual findings concerning the details of the crime. "In every felony proceeding in the State of California a probation report is required and must be read and considered by the sentencing judge. The Legislature does not require trial court judges to read and consider "unreliable" documents as a prerequisite to the imposition of sentence." (People v. Miller (1994) 25 Cal. App. 4th 913,918.)

In another context, a statement made by a victim of crime about the value of stolen constitutes "prima facie evidence of value for purpose of restitution." (People v. Foster (1993) 14 Cal. App. 4th 939, 946.) Absent a challenge by the opposition party, an award in the amount stated in the probation report, based upon the victim's statement, is valid.

Moreover, petitioner Hopkins did advised his defense counsel numerous times before pleading No Contest that he was severily Depressed, and suffered BiPolar Disorder. Additionally, clinical Psychologist - Stephen J. Donoviel, Phd., in his mental status exam, informed petitioner's Defense Counsel "before trial" that Mr. Hopkins suffered Schizoaffective/Bipolar Disorder, with psychotic features, (see exhibit #A, Pg. 1)

Numerous Licensed Psychiatrists / psychologists, have determined that when a patient is "Episodic", suffering from Bipolar Depression. He/she tends to be out of touch with reality and cannot be said to compose enough mental faculties to understand the Constitutional Rights he was waiving by pleading Guilty.

Petitioner stands on all fours with these same cases: Pate v. Robinson (1966) 383 U.S. 375, 377; People v. Pennington (1967) 66 Cal. 2d 508, 511; Johnson v. Zerbst, 304 U.S. 458; Rees v. Peyton, 384 U.S. 312, 86 S. 1505 (1966), (See also Petitioner's attached mental health records, exhibits - "A, B, and C).

Traverse

-3-

**CONCLUSION**

Accordingly, petitioner respectfully requests that his petition for writ of habeas corpus be granted.


Dated: May 10, 2008


Respectfully submitted,

Keith E. Hopkins


-4-


Traverse

**EXHIBITS**

**EXHIBTTS**

# EXHIBIT


**STEPHEN J. DONOVIEL, Ph.D.**

Clinical Psychologist
1141 Division Street
Napa, California 94559
(707) 255-2755

July 16, 2006

**CONFIDENTIAL REPORT**

Law Offices of
Michael H. Keeley
816 Brown Street
Napa, California 94559

re:    Keith Edwards Hopkins
CR128767
DOB 03/27/84

Dear Mr. Keeley:

This report is in response to your request and the order of the Court to complete a psychological evaluation of the above Mr. Hopkins with special attention to his competence pursuant to PC 1367, his state of mind at the time of the alleged offenses pursuant to PC 1026, as well as his personality and general psychological status. My findings and opinions are based on the following sources of information: the judicial file you provided which included the Napa Police Department reports concerning the investigation of the events of August through November, 2005, and the transcript of the preliminary hearing conducted on April 28, 2006, that led to his charges; his current medical records from the California Forensic Medical Group (CFMG) and his medical record from the Napa Country Health and Human Services Agency (NCHHSA); diagnostic interviews and testing on June 9, 13, 14 and 15, 2006 (totaling ten hours); and, his work on the Bender-Gestalt, Bender Memory, Heimberger-Reitan Test for Lateralizing Lesions, Wechsler Memory Scale-Revised (partial), Wechsler Adult Intelligence Scale-Revised (WAIS-R)(eight subtests), Goldstein-Scheerer Color Form Test, The Sex Offender Questionnaire, Personal Sentence Completion Inventory, Millon Clinical Multiaxial Inventory-III (MCMI-III) and the Minnesota Multiphasic Personality Inventory-2 (MMPI-2). The interviews were conducted at the Napa County Department of Corrections.

Mr. Hopkins presented as a slender, 22-year-old, Caucasian male who appears his chronological age. He was dressed in clean jail denims, his hair was cut in a short buzz style, his hygiene appeared adequate and, in general, his appearance was appropriate

Michael H. Keeley                    -2-                        July 16, 2006

to the setting. He indicated that he understood the limits of confidentiality, i.e., that a report would be sent only to you and that further distribution of the information would be determined following consultation between the two of you. He agreed to proceed, cooperated with all of the procedures and worked diligently for extended periods, e.g., continuously for three hours on two occasions.

Mr. Hopkins was correctly oriented to time, place, person and circumstance. His speech was frequently delivered with moderate pressure accompanied by exaggerated theatrical gesticulations and affectation. Also, it was noted that, while his speech was clearly understandable, there is a mild impediment with mispronunciation of certain letter combinations. The content of his responses was typically goal directed but was often rambling and reflected loose associations and excessive tangential and circumstantial digressions. Also, while there was no evidence of actual delusional beliefs, his responses strongly indicate that he perceives himself as having been victimized throughout his life and that he tends to create an elaborate fantasy world and may, at times, have a hard time differentiating his fantasies from reality. His mood was mildly dysphoric and his affective expression labile.

Mr. Hopkins said that he was born in Napa and is the fourth oldest of six siblings and half-siblings. He described a rather tumultuous childhood, claiming that his biological parents abused drugs. He said his father died of complications of heart surgery when he was thirteen and that he "hated" his stepfather. He outlined several traumatic events during his childhood, including recollections of his cousin "doing something to me that pushed me away," implying a sexual molestation, and several head injuries, e.g., being hit with a baseball bat and golf clubs,  that rendered him unconscious but he did not recall being taken to a doctor or hospitalized. When asked who hit him, he said, "family and friends...I don't know, somebody who didn't like me, it's not a nurturing family." He attended local schools and was an "average" student but noted that he hated junior high at Redwood. He said that during his sophomore year in high school he threatened a peer, was kicked out and placed in the Napa County Juvenile Detention Center (NCJDC). He said that he was released but subsequently returned for some violation and apparently remained at NCJDC where he graduated from high school in 2002 and was released sometime after his eighteenth birthday.

He said that while he was at NCJDC he was prescribed psychiatric medication, Paxil and Depakote, and that it helped him but he did not like feeling lethargic and stopped taking the medications following his release. (I should note that, unfortunately, his medical files during his stay at the Hall could not be located despite considerable effort on the part of CFMG and Napa County staff members.) After his release he became a homeless person and lived for several months at the Shelter. He then lived with his sister before enlisting in the Navy and beginning boot camp in October 2003. He said he was released as an "Erroneous Entry" approximately two months later after a major psychiatric event, during which he threatened suicide and was reportedly diagnosed with a serious affective disorder and AD/HD. He was apparently prescribed psycho-tropic medications but, again, he did not take them when on his own.

Michael H. Keeley                    -3-                    July 16, 2006

Following his return to Napa, he has lived with various relatives, as a homeless person and in supportive housing. He had been receiving services, i.e., housing and case management, under the auspices of NCHHSA but continued to refuse medication. Apparently his behavior became more disorganized and disruptive and in the spring of 2005 he was discharged from Coit House and was again homeless for approximately three months when he was taken in by a sister. In August 2005, his case file with NCHHSA was closed and he was referred to the Solano County Mental Health Access line due to the fact he had reportedly moved out of the NCHHSA catchment area.

Mr. Hopkins's work history is negligible consisting of a few days of doing yard work and helping relatives with newspaper deliveries. He also was enrolled with Dream Catchers, but said that he mostly spent time on the internet talking to out-of-state friends. He is the recipient of SSI benefits, but has required a payee because of his impulsivity and inability to properly manage his funds. He acknowledged that he has an adult criminal record, noting that he was released from probation for embezzlement in the fall of 2005. He denied use or involvement with alcohol or illegal drugs and I find nothing in the available records to suggest otherwise.

The data suggest that with the exception of the instant offenses, Mr. Hopkins's sexual experiences have been relatively typical. He reported that he began masturbating in his early teens and engaged in sexually-related exploration with peer-aged girls during his mid-teens. He claimed to have engaged in sexual intercourse with five different female partners, all peer-aged and all with mutual consent beginning at age eighteen. He has been involved in one incident of bondage with a prior girl friend who tied his hands behind him. Also, he reported he occasionally has fantasies of a threesome with his current partner and her female friend. He met his current partner online approximately three years ago and she subsequently moved to California. She has a child by another partner, although Mr. Hopkins refers to her as his wife and the child as his own—one of his many fantasized creations, which when pushed he eventually admits is not in fact true.

His account of the incidents in the current case was closely aligned with the information in the police reports and preliminary hearing. He continues to dispute the number of times it occurred, stating he only remembers two incidents. He denies prior homosexual encounters or pedophilic activity or fantasies. When asked why the behavior occurred in light of his statements that he knew it was wrong, that he could get in trouble and that the victim was like family or his little brother, he rationalized that it was he who was the victim which, as noted above, he does with most aspects of his life. For example, he said that he felt pressured and threatened by him as a result of John Doe's persistent requests. At another point, he said, "He knew I was depressed; he took advantage of me 'cause it's easy to do."

His work on the psychological tests indicated that his attention, concentration and span of recall for information presented visually and verbally are well within the average of his age group as are his immediate and short-term memory functions as measured by

Michael H. Keeley                           -4-                        July 16, 2006

the screening tests. His work on the WAIS-R places him in the Average Range of intelligence although there was significant inter- and intra-test variability. His poorest performances—which were significantly below average—occurred on a measure of general information and one that assesses common-sense reasoning and an awareness of appropriate social judgment and behavior. His arithmetic skills, ability to perceive abstract relationships between objects or ideas and to categorize them into logical groups and his alertness and sensitivity to visual detail are all at the average of his age group. His performance on tasks that require the ability to distinguish essential from irrelevant detail, anticipate consequences of actions and arrange data into logical and meaningful sequence was above average. His work on the Bender-Gestalt and other construction tests reflected a hurried impulsive approach although he maintained reasonably good fidelity to the stimuli and above average memory of the designs.

Mr. Hopkins' responses to the MCMI-III resulted in a valid profile indicative of serious psychopathology with affective and cognitive components. The profile indicates increasingly significant underlying conflicts about his dependency needs, wide labile mood swings, and periods of impulsivity and angry outburst. He feels extremely vulnerable and fears separation from the few individuals from whom he feels support. He is a rather immature, socially inadequate and vulnerable individual and the results suggest that he is undergoing a major depression characterized by agitation, somatic complaints, bizarre fragmented thinking, emotional dyscontrol with periods of feeling hopeless and thoughts of self-injurious or suicidal behaviors.

The data are indicative of a *Schizoaffective* or *Bipolar Disorder* as well as a *Personality Disorder with Schizotypal, Dependent and Negativistic traits and features.* He certainly would benefit from the appropriate psychotropic medications as well as psychosocial therapies. However, he has refused medication while at NCDC and his history, *vis-à-vis* treatment, has been that of non-compliance as noted above and it is likely that he would require a highly structured, secure environment to participate for the necessary length of time to derive lasting benefit.

With regard to the forensic issues, it is my opinion that he is competent within the meaning of PC 1367. He can articulate the charges, the behaviors that led to them and the potential consequences if found guilty. He is capable of cooperating in discussing the case, knows the pleas available to him and trusts that you are working in his best interest and feels that you have a good relationship. Also, it is my opinion that he was legally sane at the time despite his serious mental health issues. As he explained during the police interviews and the current evaluation, he knew the nature and quality of his behaviors and that they were morally as well as legally wrong. While he argued that *he* felt threatened, I find nothing that was different in his psychological status at the time of these events compared to the numerous other situations when he did not engage in the behaviors.

Michael H. Keeley                      -5-                          July 16, 2006

In conclusion, I reiterate that Mr. Hopkins should begin treatment as soon as possible and urge that he request an appointment with the CFMG psychiatrist to discuss medications.

Thank you for referring this interesting case.  Should you have further questions or require additional information, please do not hesitate to call.

                                        Sincerely yours,

                                        Stephen J. Donoviel, Ph.D.
                                        Clinical Psychologist

Psy 3259
SJD/e

# EXHIBIT
# B




| V.  DSM IV  Numerical  -    (Diagnosis, including provisional diagnosis and degree of uncertainty.) | | ☐ |
|---|---|---|
| **Axis I.** | # 296.80 Bipolar Dis NOS | |
| | # | |
| | # | |
| **Axis II.** | # 799.99 Deferred | |
| | # | |
| **Axis III.** | See UHR Done reported Today | |
| **Axis IV.** | (current) Incarceration | |

## VI. NEED FOR TREATMENT/LEVEL OF CARE:

| **Axis V.** | GAF= 45   Score based on: Intrview | ☐ |
|---|---|---|

Treatment Motivation: Wants Eval

| ☐ Does Not Meet Criteria for Inclusion in the MH Treatment Population | ☒ Meets Criteria for Inclusion in the MH Treatment Population (see LOC below) |
|---|---|

| **Evaluations:** | ☐ Crisis Eval. | ☐ Medication Eval. | ☐ Psychological Testing | ☐ Other, describe below |

Recommended CDC Setting: ☐GP    ☐CCCMS ☒EOP        ☐MHCB  ☐DMH    **DDPS #** ____-____

Rationale: Multiple DMH Admissions, Recent return DMH

Initial Treatment Plan (Include medication(s) target symptom & dose prescribed): Staff up clips

Evaluation Follow up:  (Who and When)

Medication Follow up:  (Who and When)

| Reception Center Mental Health Evaluation Completed by: | **Date:** 1/23/07 |
|---|---|
| **Clinician Name:** P MILLIPS | **Clinician Title:** PSYD |
| **Clinician Signature:** Phillip | **Telephone: (  )** 6 478-8 **Ext.:** |

| MENTAL HEALTH ASSESSMENT: RECEPTION CENTER MENTAL HEALTH EVALUATION | LEVEL OF CARE | Last Name:   First Name: MI: |
|---|---|---|
| MH 7  [3/22/96] | EOP | HopKiNs |
| Page 3 of 3 | Inpatient | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | (Outpatient) | CDC # F 35525 37784    DOB _ / _ / _ |



State of California, Department of Corrections, Northern Region, Service Area II, Institution, San Quentin

**Mental Health Treatment Plan Part One:**                                    Page 2 of 2

IV. DSM IV  Numerical ☑Last  MSE /*2307*  ☐Last TP _/_/_  MH 1☐_/_/_  Last MH 4 ☐

_/_/_

| Axis I | *276.80 Bipolar Dis NOS* |
| --- | --- |
| | |
| Axis II | *799.89 Deferred* |
| | |
| Axis III | *See VAR - Non applied* |
| Axis IV | (current stressor) *Incarceration* |
| Axis V | GAF = *45*  Describe basis. *Intrinsic* |

**V. Problem / Symptom List**

#1 *A/H Commands to Harm self*

#2 *Paranoia*

#3

**VI. Inmate's Strength and Weakness, Goals**     Inmate's Treatment Goals, ☐ MH 6 Input

*Wants TX*

Treatment Readiness: ☐Amendable ☐Motivated ☐Resistant

**VII. Discharge Plan To:** ☐GP ☐CCCMS ☑EOP    ☐MHCB ☐DMH

**MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2** [3/29/96]
Part One:  General, Team, MSE Diagnosis, Problems, Inmate Strengths
Part Two: Problem Pages -- Results
Use Insert-a-Page of MH 1
Confidential Client/Patient Information
See W & I Code, Section 5328

| LEVEL OF CARE | Last Name: | | First Name: | MI: |
| --- | --- | --- | --- | --- |
| *EOP* | *HOPKINS* | | | |
| Inpatient | | | | |
| ⊘Outpatient | CDC # *F-38525* | | DOB *32784* _/_ | |

## SUICIDE RISK ASSESSMENT CHECKL

**LOC:** ☐ NONE  ☐ CCCMS  ☑ EOP  ☐ MHCB  **HOUSING:** ☐ RC  ☐ GP  ☐ CTC  ☐ ASU  ☐ PSU/SHU  ☐ OTHER

Marital Status: _5_  Ethnicity: _WH_  Controlling Offense _Lewd Act on a Minor_  Custody Level: ____  EPRD: ____

**Reason for Suicide Evaluation (check one of the following):**

☐ To determine the need for referral to the Crisis (MHCB) program
☐ To assist with the discharge planning from CCCMS (EOP) or MHCB program
☐ To formulate treatment planning
☐ Other: _____

**Sources of Information:** ☑ C/O or Staff Interview    ☐ I/M Interview    ☐ UHR    ☐ C-File

USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:

**DRAFT**

**Static Risk Factors - (unchanging, historical):**

☐ Ethnicity
☐ History of Violence
☑ History of suicide attempt in CDCR
☐ History of substance abuse
☑ Sex Offender
☑ Suicide ideation/threats in past, Dates: _2/5/07 Verbal_
☑ Previous suicide attempts (when and method): _Tried to hang self_
☑ Family history of suicide
☑ History of mental illness, Axis I Dx: _Bipolar/Depression/ADHD_

**Slowly Changing Risk Factors - (long-term risk factors):**

☑ First prison term
☐ Long or life sentence, three strikes
☑ Hx of poor impulse control or poor coping skills
☐ Early in prison term
☑ Protective Custody
☐ Known new court proceedings/disciplinary actions
☑ Current Ad Seg, SHU or PSU terms
☐ Level 4 custody score
☐ Chronic, serious or terminal illness
☑ Current MHSDS inmate

**Protective Factors:**

☐ Family support
☐ Children at home
☐ Religious support
☐ Spousal support
☐ Supportive friends
☐ Helping others
☐ Insight into problem
☐ Realistic life plan
☐ Exercises regularly
☐ Group activities
☐ Job assignment
☐ Other: _____

**Dynamic Risk Factors - (short-term risk factors; continue to assess):**

☑ Recent suicidal ideation acute/chronic
☑ Suicidal intent
☐ Recent release from psychiatric hospital
☐ Sudden calm following suicidal ideation/attempt
☑ Anxious, agitated or fearful
☑ Disturbance of mood (depression or mania)
☑ Affective instability or lability _Cries_
☑ Current insomnia, poor appetite or anorexia
☐ Lack of perceived support system
☑ Hopelessness or helplessness
☑ Feelings of guilt or worthlessness
☐ Fearful for safety

_Hang self in cell 5/8/07_

☑ Suicidal plan/lethal effectiveness
☐ Anniversary of important loss
☐ Recent rejection or loss
☐ Single-cell placement
☐ Significant current impulsivity
☑ Recent suicide attempt or self-injury _2/5/07_
☑ Well planned or highly lethal attempt / ideation
☐ Hoarding or cheeking medication
☐ Poor compliance with treatment or medication
☐ Recent trauma or threat to self-esteem
☐ Recently assaultive or violent
☐ Pre-death behavior e.g. note, give things away

**Evaluation of Risk Based On Above Factors, Interview of Inmate and other information:**

Summarize: _Attempted to hang self in cell today, wants to go to NOP0 80's -_
_threatened to cut hang self or slit wrist. DR Friedman informed_

☐ No Apparent Significant Risk(0)  ☐ Low Risk(1)  ☐ Moderate Risk(2)  ☑ High Risk(3)  ☐ Conditional Risk(4)

**Recommendation / Plan (check all that apply):**  ☑ Suicide Precautions  ☐ Suicide Watch  ☐ Danger to Self

☐ No referral needed
☐ Referral to Primary Clinician/Case Manager
☐ Referral to Psychiatrist for medication review
☐ Discharge to lower level of care
☑ Crisis bed placement on suicide precaution
☑ OHU placement
☐ DMH referral
☐ IDTT/TX plan to address risk factors

**Additional Comments:** _Recommend Switch from CDCR to DMH_

Clinician Name/Title: _DR Scudder_    Signature: _Jeffrey PsyD_    Date: ____  Institution ____

MENTAL HEALTH
SUICIDE RISK ASSESSMENT
CDC XXXX (1/04)
Confidential Client/Patient Information
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

Last Name: _Hopkins_    First Name: _Keith_    MI: __

CDC # _F38525_    DOB _3/27/84_

Date/
Time

1   Re-house patient in OHU on:

☐   Suicide Watch. Hard-tear mattress, hard-tear blanket, safety smock.

☑   Suicide Precautions. Hard-tear mattress, hard-tear blanket, safety smock.

☐   Psychiatric Observation. Regular mattress and blanket, shorts, T-shirt,
     socks, reading material.

2   Primary Dx: *Bipolar*      Secondary: _____

3   Current LOC: ☐ None  ☑ CCCMS  ☐ EOP  ☐ MHCB  ☐ DMH

*VAN VOLKinburg, Van Volkinburg PsyD*
   Name and signature of licensed psychologist

4   Medications:
    *Paxil, Lilo.*
    _____

5   Obtain TB Code. Place new TB test if needed.

6   Vital signs: _____

7   Diet: _____

8   Diagnostic tests and labs: _____

9   Other: _____

*Noted: HCGohedar 1320V
10-11-06 at 1320V*
   Name and signature of licensed psychiatrist

                                    *DAU 230*

San Quentin
OHU placement               *Hopkins
                            F38525*

**SAN QUENTIN**
**OUTPATIENT HOUSING UNIT RELEASE SUMMARY**

Date placed in the OHU: _10/7/06_    Date released from the OHU: _10/11/06_

on: Psychiatric Observation ☐    Suicide Precautions ☐    Suicide Watch ☑

Reason for placement in the OHU: _22 year old, Caucasian, single NC admitted for self-harm concerns._

Course: _Pt. responded well to conservative management without complications._

Reason for release (or transfer) from the OHU: _maximized benefit_

Release to: Housing Unit ☐  [RC] [GP] (AdSeg) [CDM] in: (CCCMS) {EOP} // MHCB ☐ // DMH ☐

Diagnosis: _Bipolar Dr - wos_

Treatment Plan: _Paxil - 30 mg hs_
_LiCO₃ - 450 mg/m + 900 mg hs_

Anticipated Outcome: _Maintain gains_    CM: Dr Poston
Psych. Dr. Gold-brown

Follow-up: _Dr. Van Volkinburg - 5 day F/U_
☐ 1-Day Case Manager Follow-up
☑ 5-Day Suicide Risk custody Rounds    ☐ SUICIDE RISK ASSESSMENT CHECKLIST completed.

Date: _10/11/06_    Clinician: _____

Inmate's Name: _Hopkins, Keith_    CDC Number: _F38525_

3/27/64

**Date/Time**

1  **Re-house patient in OHU on:**          1-AC -11

☒ **Suicide Watch.** Hard-tear mattress, hard-tear blanket, safety smock.

☐ **Suicide Precautions.** Hard-tear mattress, hard-tear blanket, safety smock.

☐ **Psychiatric Observation.** Regular mattress and blanket, shorts, T-shirt, socks, reading material.

2  **Primary Dx:** _Bipolar Nos._  **Secondary:** _____

3  **Current LOC:** ☐ None  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ DMH

_____MD Downs._____
*Name and signature of licensed psychologist*

4  **Medications:**

_____see MAR_____

5  **Obtain TB Code. Place new TB test if needed.**  22

6  **Vital signs:** _T-98⁶  B/P 114/8 P 105 R-14_

7  **Diet:** _regular_

8  **Diagnostic tests and labs:** _____

9  **Other:** _____∅_____

_____
*Name and signature of licensed psychiatrist*

**San Quentin**
**OHU placement**

Hopkins, Keith
F-38525
DOB 3/27/84

## SUICIDE RISK ASSESSMENT CHECKLIST

**LOC:** ☐ NONE ☑ CCCMS ☐ EOP ☐ MHCB  **HOUSING:** ☐ RC ☐ GP ☐ CTC ☐ ASU ☐ PSU/SHU ☐ OTHER

**Marital Status:** ___ **Ethnicity:** Caucasian  **Controlling Offense:** PC288  **Custody Level:** ___ **EPRD:** 2011

### Reason for Suicide Risk Evaluation (check one of the following):

☐ To determine the need for referral to the Crisis (MHCB) program
☐ To assist with the discharge planning from CCCMS, EOP, or MHCB program
☑ To formulate treatment planning
☐ Other:

### Sources of Information:
☑ C/O or Staff Interview    ☑ I/M Interview    ☑ UHR    ☐ C-File

USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:

DRAFT

### Static Risk Factors - (unchanging, historical):

☑ Ethnicity Caucasian    ☑ Sex Offender    ☑ Suicide ideation/threats in past, Dates: ___
☐ History of Violence    ☑ Previous suicide attempts (when and method): Hanging
☑ History of suicide attempt in CDCR    ☑ Family history of suicide
☐ History of substance abuse    ☑ History of mental illness, Axis I Dx: bipolar

### Slowly Changing Risk Factors - (long-term risk factors):

☑ First prison term    ☐ Known new court proceedings/disciplinary actions
☐ Long or life sentence, three strikes    ☑ Current Ad Seg, SHU or PSU terms
☐ Hx of poor impulse control or poor coping skills    ☐ Level 4 custody score
☐ Early in prison term    ☐ Chronic, serious or terminal illness
☑ Protective custody    ☑ Current MHSDS Inmate

**Protective Factors:**
☑ Family support
☐ Children at home
☐ Religious support
☐ Spousal support
☐ Supportive friends
☐ Helping others
☐ Insight into problem
☐ Realistic life plan
☐ Exercises regularly
☐ Group activities
☐ Job assignment
☐ Other: ___

### Dynamic Risk Factors - (short-term risk factors; continue to assess):

☑ Recent suicidal ideation, acute/chronic    ☑ Suicidal Plan (note effectiveness, lethality)
☑ Suicidal Intent    ☐ Anniversary of important loss
☐ Recent release from psychiatric hospital    ☐ Recent rejection or loss
☐ Sudden calm following suicidal ideation/attempt    ☑ Single-cell placement
☐ Anxious, agitated or fearful    ☐ Significant current impulsivity
☑ Disturbance of mood (depression or mania)    ☑ Recent suicide attempt or self-injury
☑ Affective instability or lability    ☑ Well planned or highly lethal attempt / ideation
☐ Current insomnia, poor appetite or anorexia    ☐ Hoarding or cheeking medication
☐ Lack of perceived support system    ☐ Poor compliance with treatment or medication
☐ Hopelessness or helplessness    ☐ Recent trauma or threat to self-esteem
☐ Feelings of guilt or worthlessness    ☐ Recently assaultive or violent
☑ Fearful for safety    ☐ Pre-death behavior e.g. note, give things away

### Evaluation of Risk Based On Above Factors, Interview of Inmate and other information:
Summarize: ___

☐ No Apparent Significant Risk(0)    ☑ Low Risk(1)    ☐ Moderate Risk(2)    ☐ High Risk(3)    ☐ Conditional Risk(4)

### Recommendation / Plan (check all that apply):
☑ Suicide Precautions    ☑ Suicide Watch    ☐ Danger to Self

☐ No referral needed    ☐ Discharge to lower level of care    ☐ DMH referral
☑ Referral to Primary Clinician/Case Manager    ☑ Crisis bed placement on suicide precaution    ☐ IDTT/TX plan to address risk factors
☐ Referral to Psychiatrist for medication review    ☑ OHU Placement

### Additional Comments: ___

Clinician Name/Title: J. Dupree    Signature: ___    Date: 9/27/06    Institution: SQ

| MENTAL HEALTH SUICIDE RISK ASSESSMENT CDC XXXX (1/04) Confidential Client/Patient Information STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS | Last Name: Hopkins | First Name: Keith | MI: ___ |
| | CDC # F38525 | DOB 3/27/84 | |

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | 1. | Admit to the second floor:          Medical patient: |
| 10-7-06 15³⁰ | | | Psych:   Suicide Watch:   Suicide Precaution:          Psych Observation |
| | | 2. | Admitting Primary DX: Bipolar NOS          Secondary DX: |
| | | 3. | Strip Cell:   Security hard tear blanket: |
| | | 4. | Inhouse level of care:     Medical:          Sub-acute: |
| | | | Long term care:   Inpatient Psych:   Non-medical care: |
| | | 5. | Isolation:     No:     Yes:     HIV:     Other |
| | | 6. | Vital Signs:     Weekly:          Daily:   Q Shift:          Other |
| | | 7. | Diet:   Regular   Renal:   Other_____   Diabetic: |
| | | 8. | Admission Labs: CBC:     SMAC 24:          Hepatitis Panel:   Other Labs: |
| | | 9. | X-Ray: |
| | | 10. | Treatments: |
| | | 11. | IV Fluids: |
| | | 12. | Obtain TB Status:          PPD if needed: |
| | | 13. | Tylenol 650 mg. Q 4 hrs. PRN pain LOS: |
| | | 14. | Yard Access to be determined by ward Physician: |
| | | 15. | Medication:     Use Regular Physician's Order Sheet (CDC 7221) |

PHYSICIAN'S SIGNATURE:

ALLERGIES          INSTITUTION          ROOM/WING

Confidential
client information
See W & I Code, Section 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Hopkins
F38525

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          94 85598          DEPARTMENT OF CORRECTIONS

**SAN QUENTIN**
**OUTPATIENT HOUSING UNIT RELEASE SUMMARY**

Date placed in the OHU: _9/27/06_    Date released from the OHU: _9/30/06_

on: Psychiatric Observation ☐    Suicide Precautions ☐    Suicide Watch ☑

Reason for placement in the OHU: _22 year old, Concussion_
_single New commitment admitted_
_after he tried to hang himself._

Course: _Pt responded well to conservative_
_tive management with LOW_
_risk of DTS. He remains_
_hopeful about his future._

Reason for release (or transfer) from the OHU: _maximum BENEFIT_

Release to: Housing Unit ☐ [RC] [GP] (AdSeg) [CDM] in (CCCMS) {EOP} // MHCB ☐ // DMH ☐

Diagnosis: _Bipolar Dt - NOS_

Treatment Plan: _① Paxil - 30 mg/mo_
_② Li CO₃ - 450 mg/AM + 900 mg/hs_
_③ risperdal - (m) - 2 mg/hs_

Anticipated Outcome: _maintain gain_

Follow-up: _Dr. ___ - (dw) F/u_
☑ 1-Day Case Manager Follow-up
☐ 5-Day Suicide Risk custody Rounds        ☑ SUICIDE RISK ASSESSMENT CHECKLIST completed.

Date: _9/30/06_    Clinician: _____

Inmate's Name: _Hopkins, Keith_    CDC Number: _F38525_

_3/27/84_

Date/
Time

9/27/06
4PM

1   Re-house patient in OHU on:

☐  **Suicide Watch.** Hard-tear mattress, hard-tear blanket, safety smock.

☑  **Suicide Precautions.** Hard-tear mattress, hard-tear blanket, safety smock.

☐  **Psychiatric Observation.** Regular mattress and blanket, shorts, T-shirt,
   socks, reading material.

2   **Primary Dx:** _Depressive D/o NOS_  Secondary: _____

3   **Current LOC:** ☐ None  ☐ CCCMS  ☐ EOP  ☐ MHCB  ☐ DMH

_N. J. Van Vollenburg, PsyD._
*Name and signature of licensed psychologist*

4   **Medications:**
   _Paxil, Lithium, & Risperadal._

5   **Obtain TB Code. Place new TB test if needed.**

6   Vital signs: _105/40  resp 21  57.5  84/58_

7   Diet: _Reg_

8   Diagnostic tests and labs: _∅_

9   Other: _∅_

*Name and signature of licensed psychiatrist*

**San Quentin**
**OHU placement**

_Hopkins_
_F38525_

## SUICIDE RISK ASSESSMENT CHECKLIST

**LOC:** ☐ NONE ☐ CCCMS ☐ EOP ☐ MHCB   **HOUSING:** ☐ GP **X** ADSEG ☐ PSU/SHU ☐ CTC ☐ OTHER

Marital Status: _S_   Ethnicity: _Cauca_   Controlling Offense: _Sex w/ Minor_   Custody Level: _1_   EPRD: _5 yrs_

**Reason for Suicide Evaluation (check one of the following):**

☐ To determine the need for referral to the Crisis (MHCB) program          **X** To formulate treatment planning

☐ To assist with the discharge planning from CCCMS, EOP, MHCB program      ☐ Other: _____

**Sources of information:** ☐ C/O or Staff interview   **X** I/M interview   ☐ UHR   ☐ C-File

USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:

### Static Risk Factors – (unchanging, historical):   Clark: _____   Gang: _____

☑ Ethnicity: White                          ☑ Suicide ideation/threats in past, Dates: _last week_
☑ Sex Offender _> on a 13 yo boy_           ☐ Previous suicide attempts (when and method):
☐ History of violence                        ☑ Family history of suicide _brother - Many suicide attempts_
☐ History of substance abuse                 ☑ History of mental illness, Axis I Dx: _Depression & Bipolar_

### Slowly Changing Risk Factors – (long-term risk factors):          _OHU_

☐ First prison term                          ☐ Known new court proceedings/disciplinary actions
☐ Long or life sentence, three strikes       **X** Current Ad Seg, SHU, or PSU terms
☐ Hx of poor impulse control or poor coping skills   ☐ Level 4 custody score
☑ Early in prison term                        ☐ Chronic, serious or terminal illness

### Dynamic Risk Factors – (short-term risk factors; continue to assess):

_JHU out week_

**X** Recent suicidal ideation, acute/chronic _B/w last week_   ☐ Anniversary of important loss
☐ Recent release from psychiatric hospital   ☐ Recent rejection or loss
☐ Sudden calm following suicidal ideation/attempt   **X** Single-cell placement
☑ Anxious, agitated or fearful                ☐ Significant current impulsivity
☑ Disturbance of mood (depression or mania)   ☐ Recent suicide attempt or self-injury
☐ Affective instability or lability           ☐ Well planned or highly lethal attempt / ideation
☐ Current insomnia, poor appetite or anorexia ☐ Hoarding or cheeking medication
☐ Lack of perceived support system            ☐ Poor compliance w/ treatment or medication
☑ Hopelessness or helplessness                ☐ Recent trauma or threat to self-esteem
☐ Feelings of guilt or worthlessness          ☐ Recently assaultive or violent
☐ Fearful for safety                          ☐ Pre-death behavior e.g. note, give things away

**Protective Factors:**
☑ Family support
☑ Children at home _4 mo old dang_
☐ Religious support
☑ Spousal support _girl fnd_
☐ Supportive friends
☐ Helping others
☐ Insight into problem
☐ Realistic life plan
☐ Exercises regularly
☐ Group activities
☐ Job assignment
☐ Other: _____

### Evaluation of Risk Based On Above Factors/ Interview of Inmate and other information:

☐ No apparent significant risk   **(X)** Low Risk   ☐ Moderate Risk   ☐ High Risk   ☐ Conditional Risk

### Recommendation / Plan (check all that apply):

☑ No referral needed                          ☐ Discharge to lower level of care          ☐ DMH referral
☐ Referral to Primary Clinician/Case Manager  ☐ Crisis bed placement on suicide precaution ☐ IDTT/TX plan to
☐ Referral to Psychiatrist for medication review   ☐ Crisis bed placement on suicide watch      address risk factors

**Additional Comments:** _I/M denies SI, denies plan, & denies HI_

Clinician Name/Title: **B. Andres, Psy.D.**   Signature: _BA_   Date: _9-18-06_   Institution: **San Quentin SP**
**Contract Clinical Psychologist**

MENTAL HEALTH
SUICIDE RISK ASSESSMENT
CDC XXXX (1/04) (rev.05/08/05)
Confidential Client/Patient Information
STATE OF CALIFORNIA  DEPARTMENT OF
CORRECTIONS

Last Name: **HOPKINS**   First Name: **Keith**   MI: ___
CDC #: _F38525_   DOB: _3 27 84_

**SAN QUENTIN**
**OUTPATIENT HOUSING UNIT RELEASE SUMMARY**

Date placed in the OHU: _9/30/06_    Date released from the OHU: _10/3/06_

on: Psychiatric Observation ☐    Suicide Precautions ☑    Suicide Watch ☐

Reason for placement in the OHU: _22 year old Caucasian,_
_single, W.C. admitted for_
_management of self harm risk_

Course: _potential. He responded_
_well to conservative manage-_
_ment without complications_

Reason for release (or transfer) from the OHU: _maximum benefit_

Release to: Housing Unit ☐ [RC] [GP] (AdSeg) [CDM] in: (CCCMS) {EOP} // MHCB ☐ // DMH ☐

Diagnosis: _Bipolar Dt - w/d_

Treatment Plan: _Paxil - 30 mg hs_
_LiCO₃ - 450 mg am + 900 mg hs_

Anticipated Outcome: _maintain Gains_    _Dr. Foster, C_
    _Dr. Porath, PG_

Follow-up: _Dr. Van Valkenburg - 5 day Fu_
☐ 1-Day Case Manager Follow-up
☑ 3-Day Suicide Risk custody Rounds    ☑ SUICIDE RISK ASSESSMENT CHECKLIST completed.

Date: _10/3/06_ Clinician: _____

Inmate's Name: _Hopkins, Keith_  CDC Number: _F38525_

_3/27/24_

## SUICIDE RISK ASSESSMENT CHECKLIST

**LOC:** ☐ NONE  ☐ CCCMS  ☑ EOP  ☐ MHCB    **HOUSING:** ☐ RC  ☐ GP  ☐ CTC  ☑ ASU  ☐ PSU/SHU  ☐ OTHER

**Marital Status:** S  **Ethnicity:** Cauc.  **Controlling Offense:** _____  **Custody Level:** _____  **EPRD:** _____

**Reason for Suicide Risk Evaluation (check one of the following):**
☐ To determine the need for referral to the Crisis (MHCB) program
☐ To assist with the discharge planning from CCCMS, EOP, or MHCB program
☑ To formulate treatment planning
☐ Other:_____

**Sources of Information:** ☐ C/O or Staff Interview  ☑ I/M Interview    ☐ UHR    ☐ C-File
*improved cellfront*

USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:

**DRAFT**

**Static Risk Factors - (unchanging, historical):**
☑ Ethnicity          ☑ Sex Offender
☐ History of Violence
☑ History of suicide attempt *Rx 2*
☑ History of substance abuse *denies*

☑ Suicide ideation/threats in past, Dates: *recent 5day 5/14 9.12.06*
☑ Previous suicide attempts (when and method): *age 16-17 attempts*
☐ Family history of suicide *hanging*
☑ History of mental illness, Axis I Dx: *I'm Bipolar -*
*I/M seen on tier, at staff request, no chart available, no prior contact c̄ I/M*

**Slowly Changing Risk Factors - (long-term risk factors):**
☐ First prison term
☐ Long or life sentence, three strikes
☑ Hx of poor impulse control or poor coping skills
☑ Early in prison term
☑ Protective Custody

☐ Known new court proceedings/disciplinary actions
☑ Current Ad Seg, SHU or PSU terms
☐ Level 4 custody score
☐ Chronic, serious or terminal illness
☑ Current MHSDS inmate

**Protective Factors:**
☑ Family support
☑ Children at home *4 mos*
☑ Religious support
☑ Spousal support *S/O*
☐ Supportive friends
☐ Helping others
☐ Insight into problem
☐ Realistic life plan
☐ Exercises regularly
☐ Group activities
☐ Job assignment
☐ Other: _____

**Dynamic Risk Factors - (short-term risk factors; continue to assess):**
☑ Recent suicidal ideation, acute/chronic *OHU*
☑ Suicidal plan *denies currently*
☐ Recent release from psychiatric hospital
☐ Sudden calm following suicidal ideation/attempt
☑ Anxious, agitated or fearful
☑ Disturbance of mood (depression or mania)
☐ Affective instability or lability
☐ Current insomnia, poor appetite or anorexia
☑ Lack of perceived support system
☑ Hopelessness or helplessness
☑ Feelings of guilt or worthlessness *self esteem very poor*
☑ Fearful for safety *"I was beat up"*

☑ Suicidal plan (note specific lethality)
☐ Anniversary of personal loss
☑ Recent rejection or loss *does not yet*
☑ Single-cell placement *have personal*
☑ Significant current impulsivity *belongings*
☑ Recent suicide attempt or self-injury
☑ Well planned or highly lethal attempt / ideation
☐ Hoarding or cheeking medication
☑ Poor compliance with treatment or medication
☐ Recent trauma or threat to self-esteem
☐ Recently assaultive or violent
☐ Pre-death behavior e.g. note, give things away

**Evaluation of Risk Based On Above Factors, Interview of Inmate and other information:**
Summarize: *Prior COCO SI attempts by hanging. First attempt age 16-17 (I/M could not recall exactly) precipitating factor "I was depressed." Just finishing a 5day 5/14 9.12.06 per I/m report.*

☐ No Apparent Significant Risk (0)  ☐ Low Risk (1)  ☑ Moderate Risk (2)  ☑ High Risk (3) - ☐ Conditional Risk (4)
*moderate to high risk currently denies DTS or DTO*

**Recommendation / Plan  (check all that apply):**
*OHU's*
☑ No referral needed
☑ Referral to Primary Clinician/Case Manager
☐ Referral to Psychiatrist for medication review
☐ Discharge to lower level of care
☐ Crisis bed placement on suicide precaution
☑ OHU placement
☐ Suicide Precautions  ☐ Suicide Watch  ☐ Danger to Self
☐ DMH referral
☑ IDTT/TX plan to
address risk factors
*is not currently in
a c̄oc or hold
EOP*

**Additional Comments:** *I/M appears to be vulnerable to predators, does state level 4 lasciviso z minor. Does not view himself as predator, leon statue.*

**Clinician Name/Title:** WANIEWSKI  **Signature:** Dabniewski M.D.  **Date:** 9.14.06  **Institution:** SP

---

MENTAL HEALTH
SUICIDE RISK ASSESSMENT
CDC XXXX (1/04)
Confidential Client/Patient Information
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

**Last Name:** HOPKINS   **First Name:** KEITH   **MI:** ___

**CDC #** F38525   **DOB** 3.27.84

# EXHIBIT
# C

California Medical Facility

### PSYCHIATRIST PROGRESS NOTE
### Page 1

Department of Corrections and Rehabilitation

Date **7/19/07**

Opening

| Medication | Directions | | | Expires | Physician | Target Sx |
|---|---|---|---|---|---|---|
| Aripiprazole 30mg Tab 1 Tab Qhs | Dot | | Dot | 9/25/07 | Soufi | *voices* |
| Paroxetine 40mg Tab 1 Tab Qd | Dot | | Dot | 9/25/07 | Soufi | *depress* |
| Hydroxyzine 50mg 1 Cap Qid Prn Agitat. | Dot | | Dot | 9/25/07 | Soufi | *anxiety* |
| Diphenhydramine 25mg 3 Tabs Qhs Prn | | Dot | | 9/25/07 | Soufi | |
| Selenium Sul 2.5% Lot 120 Apply To Affect Area X 5 Min.then Rinse,2-3x/wk | | | | 8/1/07 | Uppal | |
| Body Lotion Gn 437ml Apply To Affected Area Daily | | | | 8/1/07 | Uppal | |
| Enteric Aspirin 325mg 1 Tab Qday | Dot | | Dot | 8/1/07 | Uppal | |
| Multivitamin Plain 1 Tab Qday | Dot | | Dot | 8/1/07 | Uppal | |
| | | | | | | |
| | | | | | | |

**The Controlling Axis I Diagnosis for this patient is:**

Adjustment Disorder with Mixed Disturbance of Emotions and Conduct  *Change to*
*Bipolar Depressed with Psychotic features*
*in partial remission  r/o schizoaffective*
*Depressed Type*

Axis II  *possible*

Axis III  *underweight*

None

AIMS  Date

*(all* 7/19/07
*gots)*

Keyhea Expires

Allergies  *6*

| Weight (lbs) | 135 | 147 | | |
|---|---|---|---|---|
| Date | 6/27/07 | 7/19/07 | | |
| % Change | 0% | | | |

Reason Seen
Psychiatry Clinic

| Previous Suicide Attempts | Yes | Number of Previous Attempts | 20 |
|---|---|---|---|
| | | Year of Last Attempt | 2007 |

*3/06*
*San Quentin*

**Side Effects**
There is NO evidence of any side effects.

*march '07 - hanging*

*OD aquita*
Dagcuta  Date  7/19/07

| PSYCHIATRIST PROGRESS NOTES MH 3 Page 1 | LEVEL OF CARE | CDC# | F38525 | | |
|---|---|---|---|---|---|
| | EOP | Last | Hopkins | First | Keith |
| **Confidential Patient/Client Information** | | DOB | 3/27/84 | Institution | CMF |
| Department of Corrections and Rehabilitation    State of California | | Eth | Whi | House | M-207u |

California Medical Facility

## PSYCHIATRIST PROGRESS NOTE
### Page 1

Department of Corrections and Rehabilitation

Date  6/26/07

Opening

| Medication | Directions | | | Expires | Physician | Target Sx |
|---|---|---|---|---|---|---|
| Aripiprazole 30mg Tab 1 Tab Qhs | | Dot | Dot | 6/30/07 | Sutton | A.H. |
| Paroxetine 40mg Tab 1 Tab Qd | | Dot | Dot | 6/30/07 | Sutton | Dep. |
| Hydroxyzine 50mg 1 Cap Qid Prn Agitat. Dot | | Dot | | 6/30/07 | Sutton | Agit. |
| Diphenhydramine 25mg 3 Tabs Qhs Prn Insomn.dot | | | Dot | 6/30/07 | Sutton | Insomn |
| Acetaminophen 325mg Tab 2 Tabs Qid Prn Pain | Dot | | Dot | 6/30/07 | Sutton | |

**The Controlling Axis I Diagnosis for this patient is:**

I — *[psychiatric NOS]*
    Bip. D. (NOS)

Axis II

Axis III

AIMS   Date

Keyhea Expires          Allergies

Weight (lbs) 149
Date 6.23-07
% Change

Reason Seen
Psychiatry Clinic

Previous
Suicide Attempts

Number of
Previous Attempts

Year of Last Attempt

Side Effects

Soufi          Date  6/26/07

PSYCHIATRIST PROGRESS NOTES
MH 3
Page 1

Confidential Patient/Client Information

Department of Corrections
and Rehabilitation          State of California

LEVEL OF CARE

EOP

CDC#  F38525

Last  Hopkins      First  Keith

DOB  3/27/84      Institution  CMF

Eth  Whi          House  M-207u

Department of Corrections and

California Medical Facility

## PSYCHIATRIST PROGRESS NOTE
### Page 2

**Subjective**

$(8 - 25 - 2050 = 1.d)$

"H. of suicidal ideation".

**Objective**

Sleep 2h. "Racing thoughts"

2 m. ago had A# "before
ability"

"good mood" no SI/HI.

**Assessment**

B=p.D (w/pf)

**Plan**

1. to continue on EOP L.O.C.

**Polypharmacy/Medication not matching Diagnosis**

/

Date    6/26/07    Psychiatrist    Soufi

| PSYCHIATRIST PROGRESS NOTES<br>MH 3<br>Page 2 | LEVEL OF CARE<br><br>EOP | CDC# **F38525** | |
|---|---|---|---|
| | | Last **Hopkins** | First **Keith** |
| **Confidential Patient/Client Information** | | DOB **3/27/84** | Institution **CMF** |
| Department of Corrections<br>and Rehabilitation        State of California | | Eth **Whi** | House **M-207u** |

ATE OF CALIFORNIA — ...TH AND WELFARE AGENCY

DEPARTMENT OF MENTAL HEALTH

| GUIDELINE CATEGORIES | NARRATIVE |
|---|---|
| IDENTIFICATION DATA | ① 23 y/o w m from M3 |
| | ② Several SA's - Last SD by hanging few weeks ago at S.Q. was admitted to S2 for ft for couple of wks, Transferred A3, where he informed another client his offense - so was transferred reportedly to M3. Ad seg for safety on 3 days ago. States did not receive his P med there "relapsed" "voices returned that I am no good, kill myself." Verbalized SA by hanging to CDC - Staff. |
| ALERTS | |
| MENTAL STATUS | |
| PHYSICAL STATUS | Denies suicide plans currently. Contracting for safety. Reports depression 7/1 "I feel better here" "Ad seg stressed me" seeking to return to A3. |
| ADMITTING OSM DIAGNOSIS | |
| TREATMENT RECOMMENDATION | ③ Young male, thin, unshaven, marginal groom, good eye contact. Clear speech. Linear Tt. Dysphoric mood, blunted affect. SI as above. ⊖ HI. O X3. 115. limited. Judgment/Insight ⊕ |
| PLANS (INCLUDING MEDICATIONS AND TREATMENTS) | |
| 3/7: See P MD orders. Informed Consent ⊖ PP wants to ④ Continue Current Pmed Safety reasons Reassurance. | ④ H/O HTN |
| | ⑤ Axis I: Adj D/O c depressed mood. Mood D/O NOS |
| | Axis II: BPD          Axis IV: Housing |
| | Axis III: HTN         Axis V: GAF 30 |

M.O.

SIGNATURE _____ M.O.     DATE 4/20/07  1920

NAME (PRINT)

ADMISSION MENTAL STATUS EXAM
PRELIMINARY TREATMENT PLAN
PHYSICIAN'S ADMISSION NOTE

CONFIDENTIAL PATIENT INFORMATION
SEE W & I CODE SECTION 5328

Hopkins Keith
F-38525

3/27/87

OFF RECORD

PHYSICIAN'S ADMISSION NOTE

SU̶ICIDE RISK ASSESSMENT CHECK

LOC: ☐ NONE ☑ CCCMS ☐ EOP ☐ MHCB    HOUSING: ☐ RC ☐ GP ☐ CTC ☑ ASU ☐ PSU/SHU ☐ OTHER

Marital Status: S   Ethnicity: Caucasian   Controlling Offense: PC-288   Custody Level: ____ EPRD: ____

**Reason for Suicide Risk Evaluation (check one of the following):**

☐ To determine the need for referral to the Crisis (MHCB) program
☐ To assist with the discharge planning from CCCMS, EOP, or MHCB program

☑ To formulate treatment planning
☐ Other: ____

**Sources of Information:** ☑ C/O or Staff Interview   ☑ I/M Interview   ☐ UHR   ☐ C-File

USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:

DRAFT

**Static Risk Factors - (unchanging, historical):**

☑ Ethnicity            ☑ Sex Offender        ☑ Suicide ideation/threats in past, Dates: ____
☐ History of Violence                        ☑ Previous suicide attempts (when and method): Marijua
☑ History of Suicide Attempt CDCR            ☐ Family history of suicide
☐ History of substance abuse                 ☐ History of mental illness, Axis I Dx: ____

**Slowly Changing Risk Factors - (long-term risk factors):**

☑ First prison term                          ☐ Known new court proceedings/disciplinary actions
☐ Long or life sentence, three strikes       ☑ Current Ad Seg, SHU or PSU terms
☐ Hx of poor impulse control or poor coping skills   ☐ Level 4 custody score
☐ Early in prison term                       ☐ Chronic, serious or terminal illness
☑ Protective Custody                         ☑ Current MHSDS threat

| Protective Factors: |
|---|
| ☑ Family support |
| ☐ Children at home |
| ☐ Religious support |
| ☐ Spousal support |
| ☐ Supportive friends |
| ☐ Helping others |
| ☐ Insight into problem |
| ☐ Realistic life plan |
| ☐ Exercises regularly |
| ☐ Group activities |
| ☐ Job assignment |
| ☐ Other: ____ |

**Dynamic Risk Factors - (short-term risk factors; continue to assess):**

☑ Recent suicidal ideation, acute/chronic    ☑ Suicidal plan, note effectiveness/lethality
☑ Suicide Ideation                           ☐ Anniversary of important loss
☐ Recent release from psychiatric hospital   ☐ Recent rejection or loss
☐ Sudden calm following suicidal ideation/attempt   ☑ Single-cell placement
☐ Anxious, agitated or fearful               ☐ Significant current impulsivity
☑ Disturbance of mood (depression or mania)  ☑ Recent suicide attempt or self-injury
☑ Affective instability or lability          ☑ Well planned or highly lethal attempt / ideation
☐ Current insomnia, poor appetite or anorexia   ☐ Hoarding or cheeking medication
☐ Lack of perceived support system           ☐ Poor compliance with treatment or medication
☐ Hopelessness or helplessness               ☐ Recent trauma or threat to self-esteem
☐ Feelings of guilt or worthlessness         ☐ Recently assaultive or violent
☑ Fearful for safety                         ☐ Pre-death behavior e.g. note, give things away

**Evaluation of Risk Based On Above Factors, Interview of Inmate and other information:**
Summarize: ____

☐ No Apparent Significant Risk ☑ Low Risk ☐ Moderate Risk ☐ High Risk ☐ Conditional Risk

☑ Suicide Precaution ☑ Suicide Watch ☐ Danger Assess

**Recommendation / Plan (check all that apply):**

☐ No referral needed                         ☐ Discharge to lower level of care        ☐ DMH referral
☑ Referral to Primary Clinician/Case Manager ☑ Crisis bed placement on suicide precaution   ☐ IDTT/TX plan to
☐ Referral to Psychiatrist for medication review   ☑ Danger Assessment                       address risk factors

**Additional Comments:** ____

Clinician Name/Title: S. Dyle   Signature: ____   Date: 9/26/06   Institution: SQ

| MENTAL HEALTH | | |
|---|---|---|
| SUICIDE RISK ASSESSMENT | Last Name: Hopkins | First Name: Keith MI: |
| CDC XXXX (1/04) | CDC #: F38525 | DOB: 3/27/84 |
| Confidential Client/Patient Information | | |
| STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS | | |



State of California, Department of Corrections – Institution:    **SQ**    Prior Page Number: 2 of 3

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 1/28/07 1217 (cont.) | awake and alert, disheveled, coopera- tive, marked tremor ⓛ hand and toe- tapping both feet, speech is normal, affect constricted with little reactivity or range, mood "depressed," thought form is normal, anxiety screening all negative, no psychotic symptoms of any kind except "voices." Denies HI. Current MHTS principal diagnosis is "bipolar NOS." A - I am not able to elicit a history consistent with bipolar diagnosis - exhibits adult antisocial behavior and possibly antisocial personality disorder - clearly suffers from EPS i.e. tremor, akathisia and blunted affect - no need for Cogentin in addition to the already heavy anticholinergic load of the Thora- gine - no need to give Paxil bid I depressive disorder NOS psychotic disorder NOS, provisional medication-induced movement disorder adult antisocial behavior |
| | Morton T. ROSKO (cont.) Page # |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: First Name: MI: |
|---|---|---|
| MH 3 [3/21/96] | **OHU** | HOPKINS, K. |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient | |
| | Outpatient | CDC# F-38525  DOB 3/27/84 |

State of California, Department of Corrections -- Institution: _____    Prior Page Number: _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: (S) | Use Name & Title Stamp. |
|---|---|
| 9/27/06 4 pm | 22 y/o Caucasian ♂ escorted to TTA for trying to hang himself on Carson. He has a long hx of mental illness (bipolar d/o MDS. w/ psychotic features) & is on SSI on the outside w/ a conservator — appetite WNL. He is in Ad-Seg for a fight (115) & is in PC for sex w/ a minor. Tearful & anxious about 5 year sentence. |

(O) Speech is WNL. Mood depressed & E/m tearful. Thoughts are concrete & judgment is poor & insight is poor. He stated he was going to die so he could show his girlfriend "how messed up my head is." He is oriented x 4.

(A) 22 y/o Caucasian ♂ who is acutely dangerous to self. Depressive D/O w/ psychotic features. He is presenting as impulsive & suicidal.

(P) Place in OHu — pt. is acutely dangerous to self & meets criteria.
N. Van Valkinburg, Psy.D.

Page #

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: HoPKins    First Name:    MI: CDC # F38525    DOB: |
|---|---|---|

## SAN QUENTIN
### OUTPATIENT HOUSING UNIT RELEASE SUMMARY

Date placed in the OHU: 9/30/06    Date released from the OHU: 10/3/06

on: Psychiatric Observation ☐    Suicide Precautions ☑    Suicide Watch ☐

Reason for placement in the OHU: 22 year old Caucasian single, W.C. admitted for management of self harm risk

Course: potentive the responded well to conservative management without complications

Reason for release (or transfer) from the OHU: maximized Benefit

Release to: Housing Unit ☐ [RC] [GP] (AdSeg) [CDM] in: (CCCMS) {EOP} // MHCB ☐ // DMH ☐

Diagnosis: B. jackson    DZ - w 0)

Treatment Plan: PAXIL - 30 mg bid
Ci CO3 - 450 mg am & 900 mg he

Anticipated Outcome: maintain Gains    Dr. Foster,
Dr. Poratti,

Follow-up: Dr. Van Volkenburee - 5 day F/u
☐ 1-Day Case Manager Follow-up
☑ 5-Day Suicide Risk custody Rounds    ☑ SUICIDE RISK ASSESSMENT CHECKLIST completed.

Date: 10/3/06    Clinician: _____

Inmate's Name: Hopkins, Keith    CDC Number: F38525

3/27/84

**SAN QUENTIN**
**OUTPATIENT HOUSING UNIT RELEASE SUMMARY**

ate placed in the OHU: _10/12/06_    Date released from the OHU: _10/16/06_

on: Psychiatric Observation ☐    Suicide Precautions ☑    Suicide Watch ☐

Reason for placement in the OHU: _22 year old, Caucasian, single NC. admitted for management of suicidal risk._

Course: _Pt - continues to express suicidal thoughts & has not responded well to OHH-stabilization_

Reason for release (or transfer) from the OHU: _Needs higher level of care_

Release to: Housing Unit ☐ [RC] [GP] (AdSeg) [CDM] in: ((CCCMS)) {EOP} // MHCB ☐ // DMH ☐

Diagnosis: _Bipolar Dz_

Treatment Plan: _Paxil - 30mg/Am + 40mg/h_
_Risperdal - (AM) - 3mg/h_
_Li CO₃ - 450 mg/day_

Anticipated Outcome: _Guarded Prognosis_
_(* consider for CMF-DMH-Acute care)_

Follow-up: _Transfer to CMF-MHCB - (Bed # S110_
☐ 1-Day Case Manager Follow-up    _per approval of Jody Hutchinson)_
☐ 5-Day Suicide Risk custody Rounds    ☐ SUICIDE RISK ASSESSMENT CHECKLIST completed.

Date: _10/16/06_    Clinician: _____

Inmate's Name: _Hopkins, Keith_    CDC Number: _F38525_

_* referral package done for DMH DOB - 3/27/84_

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4      KEITH E. HOPKINS              )    CASE No. C 07-5624 JF (PR)
                                     )
5                  Petitioner,       )    PROOF OF SERVICE
                                     )
6                                    )
           v.                        )
7                                    )
       SUSAN L. HUBBARD, Warden,     )
8                    Respondent.     )

9          I, the undersigned, hereby certify that I am over the

10   age of eighteen years and am not a party to the above

11   entitled action.

12          On ___MAY 11,_____, 2008, I served a copy of

13   ___Traverse to respondents answer, and exhibits.___

14   by placing said copy in a postage paid envelope addressed

15   to the person(s) hereinafter listed, by depositing said

16   envelope in the United States Mail:

17   (List all person(s) served in this action.)

18       Office of the clerk, U.S. District court
         Northern District of California
19 280   280 South First Street, Room 2112
         San Jose, California 95113-3095

20
         DEPARTMENT OF JUSTICE
21        Office of the Attorney General
         455 Golden Gate Avenue, Suite 11000
22       San Francisco, California 94102-3664

23

24

25          I declare, under the penalty of perjury, that the

26   foregoing is true and correct.

27   DATED: _MAY 11, 2008_____    _Willie Dawson_____
                                   Declarant's signature
28   _Willie Dawson_____
     Declarant's printed name

USDC-PROOF-3

Keith E. Hopkins, E 23525
California Medical Facility
P.O. Box 2000, Vacaville, CA,

95696-2000

CAMERAL FACILITY

FIRST CLASS

UNITED STATES POSTAGE
$ 02.8
02 1M
000425987
MAILED FROM ZIP CODE 95
MAY 2
PITNEY BOWES

- Attn:

office of the Clerk,
U.S. District Court,
Northern Dist. of California,
280 S. First St., Room 2110
San Jose, CA.

Confidential
Legal Mail