NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH E. HOPKINS, | No. C 07-05624 JF (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| v. | |
| SUZAN L. HUBBARD, | |
| Respondent. | (Docket No. 12) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for an enlargement of time to file a traverse. Good cause appearing, Petitioner's motion (docket no. 12) is GRANTED. Petitioner shall file a traverse **within thirty (30) days** of the date this order is filed.

IT IS SO ORDERED.

Dated: 5/27/08

JEREMY FOGEL
United States District Court Judge

Order Granting Petitioner's Motion for Enlargement of Time to File Traverse
P:\PRO-SE\SJ.JF\HC.07\Hopkins624.eot-trav.wpd